UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **LUTHER HALL,** | ) |
| | ) |
| Plaintiff, | ) Case No. 4:19-cv-02579 JCH |
| | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| | ) |
| **CITY OF ST. LOUIS, et al.,** | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS BY DEFENDANT KREWSON**

Pursuant to F.R.Civ.P. 12(b)(6), defendant Krewson moves the Court to dismiss the complaint herein [ECF 1] against her in her individual capacity, in that the complaint fails to state a claim against her individually and, further, that the complaint shows on its face that the claims against her are barred by qualified immunity.

The defendant submits a memorandum in support, filed concurrently herewith.

WHEREFORE, defendant Mayor Krewson prays that the complaint herein be dismissed as to her in her individual capacity, at plaintiff's cost.

Respectfully submitted,

JULIAN BUSH
CITY COUNSELOR
/s/Robert H. Dierker 23671MO

        dierkerr@stlouis-mo.gov
        Associate City Counselor
        314 City Hall
        1200 Market St.
        St. Louis, MO 63103
        314-622-3361/FAX 622-4956