IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LUTHER HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.:    4:19-cv-02579 |
| ) | |
| THE CITY OF ST. LOUIS, MISSOURI, ) | |
| Et al. ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW MICHAEL P. SINGER of the law firm of Klar, Izsak & Stenger, LLC, and hereby enters his appearance as co-counsel on behalf of Defendant Steven Korte in the above matter.

Dated this 23rd day of December 2020.

    Respectfully Submitted,

    KLAR, IZSAK & STENGER, L.L.C.

    By: /s/ Michael P. Singer
      BRIAN D. KLAR, #36430MO
      BRANDON J. KLAR, #72884MO
      MICHAEL P. SINGER, #70359MO
    *Attorneys for Defendant Korte*
    1505 S. Big Bend Blvd.
    St. Louis, MO 63117
    Tel:      (314) 863-1117
    Fax:      (314) 863-1118
    Email:    bklar@lawsaintlouis.com
             bjklar@lawsaintlouis.com
             msinger@lawsaintlouis.com

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 23rd day of December 2020, the foregoing Entry of Appearance was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing to all attorneys of record.

                                                         /s/ Michael P. Singer