IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LUTHER HALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19-CV-02579-JCH |
| THE CITY OF ST. LOUIS, MO, et al. | ) |
| Defendants. | ) |

## **PLAINTIFF'S PARTIAL DISMISSAL STIPULATION**

Plaintiff Luther Hall, through his counsel of record, and Defendants the City of St. Louis, Missouri, Joseph Marcantano, Lawrence O'Toole, Mayor Lyda Krewson, and John Doe and Jane Doe Officers, through their counsel of record, hereby stipulate that Plaintiff's First Amended Complaint, and all of Plaintiff's claims and causes of action against Defendants the City of St. Louis, Missouri, Joseph Marcantano, Lawrence O'Toole, Mayor Lyda Krewson, and John Doe and Jane Doe Officers only, are hereby dismissed with prejudice. Each party will bear that party's own attorney's fees and court costs.

All of Plaintiff's claims and causes of action against Defendants Dustin Boone, Randy Hays, Christopher Myers, Bailey Colletta, and Steven Korte remain pending.

Respectfully submitted,

| | |
|---|---|
| MICHAEL GARVIN<br>CITY COUNSELOR | PLEBAN & PETRUSKA LAW, LLC |
| /s/ Robert H. Dierker (w/permission)<br>Robert H. Dierker, Mo. No. 23671<br>Associate City Counselor<br>Room 314, City Hall<br>1200 Market Street<br>St. Louis, MO 63103<br>Phone: (314) 622-3361<br>Dierkerr@stlouis-mo.gov<br><br>Attorneys for Defendants City of St. Louis, Joseph Marcantano, Lawrence O'Toole, Lyda Krewson and John and Jane Doe Officers | /s/ Lynette M. Petruska<br>Lynette M. Petruska, Mo, No. 41212<br>2010 S. Big Bend Blvd.<br>St. Louis, MO 63117<br>314-645-6666<br>314-645-7376 (FAX)<br>lpetruska@plebanlaw.com<br><br>Attorneys for Plaintiff |