IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LUTHER HALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:19-CV-02579 JCH |
| THE CITY OF ST. LOUIS, MO, et al., | ) ) ) |
| Defendants. | ) |

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through counsel, pursuant to Fed.R.Civ.P. 41(a)(2) and moves for the voluntary dismissal of all claims and causes of action against the remaining defendants in this action, Dustin Boone, Randy Hays, Christopher Myers, Bailey Colletta, and Steven Korte, with Plaintiff to bear all court costs. Defendants have not asserted any counterclaims against Plaintiff in this action that would prevent its dismissal.

WHEREFORE, Plaintiff requests that all claims and causes of action against Defendants Dustin Boone, Randy Hays, Christopher Myers, Bailey Colletta, and Steven Korte be dismissed WITHOUT PREJUDICE.

Respectfully submitted,

PETRUSKA LAW, LLC

/s/ Lynette M. Petruska
Lynette M. Petruska, # 41212
1291 Andrew Dr.
Glendale, MO 63122
314-954-5031
lpetruska@att.net

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Federal Electronic Filing System on this 9th day of May 2022.

                                                       /s/ Lynette M. Petruska